U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
*5:45 P.* M
*March 4 2009*
*M Banks*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )
    )
CAROLINE BAZA, GREG DOUGLAS,    )    CASE NO. CR507-015
and FELIPE HERNANDEZ,    )
    )
    Defendants.    )
    )

## O R D E R

On March 2, 2009, the Court held a pretrial conference in this case. Counsel for the parties were provided with notice of the pretrial conference on February 20, 2009. (Doc. 333.) Both counsel for Defendant Baza and counsel for Defendant Douglas attended the pretrial conference, along with the U.S. Attorney prosecuting this case and the necessary Court staff. However, Mr. Ramon J. Fajardo and Mr. Frank Gonzalez, counsel for Defendant Hernandez, failed to attend. Mr. Fajardo's and Mr. Gonzalez's absence has made it difficult for this Court to schedule future events, delaying the prosecution of this case.

Therefore, Mr. Fajardo and Mr. Gonzalez are hereby **ORDERED** to **SHOW CAUSE** why they should not be held in civil contempt by this Court for failing to attend the pretrial conference. Accordingly, Mr. Fajardo and Mr. Gonzalez shall have **ten (10) days** from the date of this Order to

provide their written responses. Following receipt of the responses, this Court will schedule a hearing on this matter.

SO ORDERED this 4th day of March, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA