# UNITED STATES DISTRICT COURT
## for the
## Southern District of Georgia
## Waycross Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  5:07-CR-00015-9 |
| Greg Douglas | ) USM No:  13441-021 |
| Date of Original Judgment:        October 26, 2009 | ) Robert L. Porter, Jr. |
| Date of Previous Amended Judgment:  N/A | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___171___ months **is reduced to** _____136 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

JUN 11 2015

CLERK
SO. DIST. OF GA

Except as otherwise provided above, all provisions of the judgment dated   October 26, 2009,   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:     *June 10, 2015*

_____
*Judge's signature*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
_____
*Printed name and title*

Effective Date:  November 1, 2015
        *(if different from order date)*